UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY PARNELL,

    Plaintiff,

                                                Case No. 18-cv-11469

v.

                                                HON. MARK A. GOLDSMITH

STEPHEN KUE, et al.,

    Defendants.

_____/

## ORDER DENYING PENDING MOTIONS AS MOOT (Dkts. 37, 38)

Currently pending on the Court's docket are Plaintiff's motion for default and sanctions against Defendant Devan Pettigrew (Dkt. 37) and Defendants' motion for summary judgment (Dkt. 38). The Court, having been advised that this matter has settled by a stipulated order of dismissal, denies these motions as moot.

SO ORDERED.

Dated: March 13, 2020                                s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                    United States District Judge